1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE S. LOUIE,              )        **OLD** CASE NO.:
                                   )
12            Plaintiff,           )        1:08-cv-00180-AWI-SMS
                                   )
13   vs.                           )        **ORDER OF RECUSAL**
                                   )
14   FRANK KRUM, etal.,            )        **NEW** CASE NO.:
                                   )
15            Defendants.          )        1:08-cv-00180-AWI-GSA
     _____)
16                                          ****************************
                                            Mandatory Scheduling Conference:
17                                          Old Date: 5/14/2008
                                            **NEW DATE: May 28, 2008**
18                                          Time: 10:00
                                            Ctrm. 10 - Judge Austin (GSA)

19

20        It appears to the undersigned, the magistrate judge to whom

21   this case is presently assigned, that disqualification pursuant to

22   28 U.S.C. § 455 is appropriate in this matter.

23        IT IS THEREFORE ORDERED that:

24        1.   The undersigned recuses herself as the magistrate judge

25   to whom this case is assigned;

26        2.   This case be reassigned to the docket of Magistrate Judge

27   Gary S. Austin, and that all future pleadings and/or correspondence

28                                    1

1   be hereinafter numbered as:

2                    **1:08-cv-00180-AWI-GSA**

3          Counsel are advised that use of an incorrect case number,

4   including the judges' initials, may result in a delay of documents

5   being processed and copies thereof being correctly distributed and

6   received by the appropriate judicial officer; and,

7      3.   The Mandatory Scheduling Conference, currently set for

8   May 14, 2008 at 9:15 a.m. in Courtroom No. 7 before Judge Snyder,

9   is continued to May 28, 2008 at 10:00a.m. in Courtroom No. 10

10  before Magistrate Judge Austin (GSA); parties may contact courtroom

11  deputy Jeannie Vasquez for Judge Austin at 559-499-5962.

12         Counsel will be expected to fully comply with the

13  requirements set forth in the Order Setting Mandatory Scheduling

14  Conference, filed December 31, 2001, and, specifically, Exhibit "A"

15  attached thereto, in preparing and filing a Joint Scheduling Report

16  in proper preparation herefor.

17

18

19  IT IS SO ORDERED.

20  **Dated:   May 14, 2008**              **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28                                    2