JULIE RANEY (SBN 0176060)
ANN TAYLOR SCHWING (SBN 91914)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:     916.444.3249

Attorneys for Defendants

KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Phone: 916.608.7995
Fax:     916.984.5775

Attorneys for Plaintiff George S. Louie

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANK KRUM d/b/a STATE FARM INSURANCE; , et al.<br><br>        Defendants. | Case No. 1:08-CV-00180-AWI-GSA<br><br>**STIPULATION AND ORDER FOR REQUEST OF CONTINUANCE OF EVIDENTIARY HEARING** |

    Currently pending before this Court is Defendants' Motion to Dismiss Based on Vexatious Litigation.  The motion has been set for an evidentiary hearing on September 9, 2008 at 10:00 a.m.

    Defendants noticed Plaintiff's deposition for August 19, 2008 and served a document demand.  On August 12, 2008, Plaintiff's counsel notified Defendants' counsel that due to a recent hospitalization, Plaintiff was unable to appear for his deposition.  On August 21, 2008, Plaintiff's counsel advised Defendants' counsel that Plaintiff would be available for his deposition on September 2-5, 2008.  Defendants' counsel is not available on these dates.  The parties are working diligently to arrange for an alternative date in the month of September.



1   Accordingly, the parties, through their undersigned counsel, stipulate to and request that the
2   hearing set for September 9, 2008 be continued to permit Defendants to depose Plaintiff and obtain
3   the documents requested. The parties request that the hearing be reset on one of the following
4   dates: October 16, 22, 23, or 29.

6   DATED: August 27, 2008                    McDONOUGH HOLLAND & ALLEN PC
7                                             Attorneys at Law

9                                             By:    */s/ Julie Raney*
                                                     JULIE RANEY

10  Attorneys for Defendants Frank Krum, Mike Derr,
    Kenneth Sieve, Janean Wolfe, Greg Caves, Kathryn
11  Dosher, Bob Perry, Sally Thiessen, Stuart Crisman,
    Dan Sniffin, Andy Bergstrom, Tim Franz, Verle
12  Bartels, Jerry Cooper, Gene Solem, Rich Crawford,
    Dave Shivers, Paul Glenn, Jack R. Franks, James E.
13  Oliver, Lee Ens, Peter Padilla, Beatrice C. Hildreth,
    Astolfo Garza and Kirsten Leonardo

16  DATED: August 27, 2008                    CABLE LAW OFFICES

18                                            By:    */s/ Keith D. Cable*
                                                     KEITH D. CABLE
19
    Attorneys for Plaintiff George S. Louie

## **ORDER**

Having read the foregoing Stipulation and good cause appearing, IT IS ORDERED that the evidentiary hearing will be held on **Wednesday, October 22, 2008 at 10:00**. A pre-hearing conference will be held on **Wednesday, October 1, 2008 at 2:00**. All hearings will be held in Courtroom 10.

Dated : August 29, 2008                       Gary S. Austin
                                              United States Magistrate Judge



2
STIP & ORDER FOR REQUEST OF CONTIN OF EVID HEARING                            1126187v1 36921/0001

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com