# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, | 1:08-cv-180-AWI GSA |
| Plaintiff, | |
| v. | ORDER RESCHEDULING HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL |
| | ORDER RESCHEDULING HEARING DATE FOR PREHEARING CONFERENCE |
| FRANK KRUM, d/b/a STATE FARM INSURANCE, et al., | |
| Defendants. | |

On August 29, 2008, this court issued an order rescheduling the evidentiary hearing in this matter to **October 22, 2008 at 10:00 am.** A prehearing conference was scheduled for **October 1, 2008 at 2:00 pm.** This order was issued pursuant to a stipulation of the parties that the Plaintiff would be deposed and would be providing documents to Defendants.

On October 10, 2008, Defendants filed a Motion to Compel seeking responses to a production of document request as well as the taking of Plaintiff's deposition. This motion is currently scheduled for **October 10, 2008 at 10:00 am.** (Doc. 25).

1

In an effort to effectively utilize the court's time and not disturb the existing evidentiary hearing date, both the Motion to Compel and the Pre-hearing Conference will be held on **October 3, 2008 at 9:30 am.** The parties may appear telephonically and can contact Courtroom Deputy, Jeannie Vasquez to make those arrangements if necessary. Accordingly, IT IS HEREBY ORDERED that :

1) The pre-hearing conference scheduled for **October 1, 2008 at 2:00** is VACATED and rescheduled to **October 3, 2008, at 9:30 am**;

2) The **Motion to Compel** currently scheduled for **October 10, 2008 at 9:30 am** is VACATED and rescheduled to **October 3, 2008 at 9:30 am.** The parties shall file a joint statement pursuant to Local Rule 37-251(a) no later than **Tuesday, September 30, 2008.**

3) The evidentiary hearing set for **October 22, 2008 at 10:00 am** will proceed as scheduled; and

4) All hearings will be held in Courtroom number 10.

IT IS SO ORDERED.

Dated:   **September 15, 2008**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE