IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LOUIE,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANK KRUM et al.,<br><br>        Defendants. | 1:08-cv-180 AWI GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Document 38) |

    On November 11, 2008, this court issued an Order to Show Cause based on Plaintiff's failure to file dispositional documents by October 31, 2008.  Plaintiff was ordered to submit the dispositional documents, or alternatively to file a written response within ten (10) days of the order.

    On November 17, 2008, a Joint Notice of Voluntary Dismissal was filed.  Based on the filing of these documents, the Order to Show Cause is hereby DISCHARGED.

    IT IS SO ORDERED.

    **Dated:**   **November 18, 2008**            /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

1